Paul Hansmeier (MN Bar #387795)
Alpha Law Firm LLC
900 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 234-5744
prhansmeier@thefirm.mn

*In Propria Persona*

FILED
CLERK, U.S. DISTRICT COURT
MAY 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | CASE NO. 2:12-CV-8333-ODW (JCx) <br><br> Judge: Hon. Otis D. Wright, II <br> Magistrate Judge: Hon. Jacqueline Chooljian <br><br> **PAUL HANSMEIER'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Paul Hansmeier hereby appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the Court's May 6, 2013 Order Issuing Sanctions (ECF No. 130), attached as Exhibit A; (2) the Court's Order Granting Request for Leave to File a Reply (ECF No. 116) attached as Exhibit B; (3) the Court's March 14, 2013 Order to show cause (ECF No. 86) (amending and incorporating ECF No. 48) attached as Exhibit C; and (4) the Court's Order to appear (ECF No. 66) attached as Exhibit D.

DATED: May 15, 2013

Respectfully submitted,

*[signature]*

Paul Hansmeier (MN Bar #387795)
Alpha Law Firm LLC
900 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 234-5744
prhansmeier@thefirm.mn
*In Propria Persona*

## REPRESENTATION STATEMENT

The undersigned is proceeding *in propria persona*. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Paul Hansmeier submits this Representation Statement. The following list identifies all parties to the action and all persons and entities affected by the orders appealed from, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate:

| PARTIES | COUNSEL OF RECORD |
| --- | --- |
| Non-Party Paul Hansmeier | Paul R. Hansmeier<br>Alpha Law Firm LLC<br>900 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 234-5744<br>prhansmeier@thefirm.mn<br>*In Propria Persona* |
| Non-Party Brett Gibbs | Andrew J. Waxler, SBN 113682<br>Barry Z. Brodsky, SBN 93565<br>Won M. Park, SBN 194333<br>Waxler♦Carner♦Brodsky LLP<br>1960 East Grand Avenue, Suite 1210<br>El Segundo, California 90245<br>Telephone: (310) 416-1300<br>Facsimile: (310) 416-1310<br>e-mail: awaxler@wcb-law.com<br>e-mail: wpark@wcb-law.com |
| Non-Parties Paul Duffy, Angela Van Den Hemel and Prenda Law, Inc. | Heather L. Rosing, Bar No. 183986<br>David M. Majchrzak, Bar No. 220860<br>Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131<br>Fax: (619) 238-8707<br>e-mail: hrosing@klinedinstlaw.com<br>e-mail: dmajchrzak@klinedinstlaw.com |

| | |
|---|---|
| Non-Party John Steele | Timothy J. Halloran – 104498<br>Thomas P. Mazzucco – 139758<br>Murphy, Pearson, Bradley & Feeney<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108-5530<br>Tel: (415) 788-1900<br>Fax: (415) 393-8087 |
| Non-Parties Mark Lutz, Peter Hansmeier and Livewire Holdings LLC | Livewire Holdings, LLC<br>2100 M St. NW<br>Suite 170-417<br>Washington DC 20037-1233<br>Tel: (888)-588-9473<br>Fax: (888)-964-9473 |
| Non-Party Steele Hansmeier PLLC | No known address. Company formally dissolved in 2011. |
| Non-Party 6881 Forensics, LLC | Springates East<br>Government Road<br>Charlestown, Nevis |
| Plaintiff Ingenuity13, LLC and related-case Plaintiff AF Holdings, LLC | Brett L. Gibbs, Esq. (SBN 251000)<br>Of Counsel to Prenda Law Inc.<br>38 Miller Avenue, Suite 263<br>Mill Valley, CA 94941<br>415-325-5900<br>blgibbs@wefightpiracy.com |
| Non-Party Putative John Doe | Morgan Pietz (SBN 260629)<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310)546-5301<br><br>Nicholas Ranallo<br>371 Dogwood Way<br>Boulder Creek, CA 95006<br>nick@ranallolawoffice.com<br>Telephone: (831) 703-4011<br>Fax: (831) 533-5703 |