FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 20 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INGENUITY13 LLC, <br><br>    Plaintiff, <br> and <br><br>PAUL HANSMEIER, Esquire, <br><br>    Movant - Appellant, <br><br> v. <br><br>JOHN DOE, <br><br>    Defendant - Appellee. | No. 13-55859 <br><br> D.C. No. 2:12-cv-08333-ODW-JC <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: O'SCANNLAIN and CALLAHAN, Circuit Judges.

 Appellant's emergency motion for a stay of the district court's May 6, 2013 sanctions order is denied without prejudice to renewal, if necessary, upon the filing and disposition of such request in the district court. *See* Fed. R. App. P. 8(a)(1).

 The briefing schedule established previously shall remain in effect.

LSC/MOATT