```
 1  Heather L. Rosing, Bar No. 183986
    David M. Majchrzak, Bar No. 220860
 2  Philip W. Vineyard, Bar No. 233628
 3  KLINEDINST PC
    501 West Broadway, Suite 600
 4  San Diego, California 92101
    (619) 239-8131/FAX (619) 238-8707
 5  hrosing@klinedinstlaw.com
    dmajchrzak@klinedinstlaw.com
 6  pvineyard@klinedinstlaw.com
 7
    Attorneys for PRENDA LAW, INC.
 8
```

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    Plaintiff,<br><br>and<br><br>PRENDA LAW, INC.,<br><br>    Movant – Appellant,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant - Appellee. | Ninth Circuit Case No. 13-55881<br><br>Underlying District Court Case No. 2:12-cv-8333-ODW(JCx)<br><br>**NOTICE OF DISTRICT COURT'S ORDER RE KLINEDINST PC'S RENEWED APPLICATION TO WITHDRAW AS COUNSEL FOR PRENDA LAW, INC.**<br><br>District Court Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon, Jacqueline Chooljian<br>Complaint Filed: September 27, 2012<br>Trial Date: None set |

TO THE MOTIONS PANEL OF THE NINTH CIRCUIT COURT OF APPEALS, THE APPELLATE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

    Please take NOTICE that the United States District Court for the Central District of California, the Honorable Otis D. Wright, II presiding, having reviewed the renewed application of Heather L. Rosing, David M. Majchrzak, and Philip W.

- 1 -

1  Vineyard (collectively, "Klinedinst") for an order granting Klinedinst leave to
2  withdraw as counsel of record for Prenda Law, Inc. in the underlying litigation
3  entitled <u>Ingenuity 13, LLC v. John Doe</u>, assigned case number 2:12-cv-8333-
4  ODW(JCx) by the District Court, and having found good cause in that application,
5  has granted Klinedinst's renewed application.

Klinedinst requests the Ninth Circuit Court of Appeals to defer to and confirm the District Court's ruling on the renewed application or, in the alternative, to grant in kind Klinedinst's renewed application filed with the Appellate Court's Motions Panel on August 30, 2013, to withdraw as Prenda Law, Inc.'s counsel in the consolidated appeal entitled <u>Ingenuity 13, LLC and Prenda Law, Inc. v. John Doe</u>, assigned case number 13-55881 by the Appellate Court (Docket Entry 18-1).

Attached hereto as Exhibit A is a true and correct copy of the District Court's order arising from Klinedinst's renewed application.

                                        Klinedinst PC

DATED: September 3, 2013        By: /s/ Philip W. Vineyard
                                                 Heather L. Rosing
                                                 David M. Majchrzak
                                                 Philip W. Vineyard
                                                 Attorneys for PRENDA LAW, INC.

15638055v1

*Sidebar:* KLINEDINST PC / 501 WEST BROADWAY, SUITE 600 / SAN DIEGO, CALIFORNIA 92101

# Exhibit A

Case 2:12-cv-08333-ODW-JC   Document 237   Filed 09/03/13   Page 1 of 1   Page ID #:4430

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>             Plaintiff,<br>    v.<br>JOHN DOE,<br><br>             Defendant. | Case Nos. 2:12-cv-8333-ODW(JCx)<br><br>**ORDER GRANTING APPLICATION TO WITHDRAW [235]** |

    Klinedinst P.C. and its attorneys renew their Application to withdraw as counsel of record for Prenda Law, Inc. (ECF No. 235.)  For the reasons stated in their papers, the Court finds good cause to **GRANT** their Application at this time.  The Court reminds Prenda that a corporation cannot represent itself pro se in federal court. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993).

    **IT IS SO ORDERED.**

    September 3, 2013

                                                      _____<br>
                                                            OTIS D. WRIGHT, II<br>
                                                      UNITED STATES DISTRICT JUDGE