Office of the Clerk
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 13-55881; 13-55859; 13-55880; 13-55882; 13-55883; 13-55884; 13-55871; and 13-56028;

Case Name: Ingenuity 13, LLC and Prenda Law, Inc.   v.   John Doe

The Clerk will enter my appearance as counsel on behalf of: Ingenuity 13, LLC, Prenda Law, Inc., Paul Duffy, Paul Hansmeier, AF Holdings, LLC and John Steele

[X] Appellant   [ ] Petitioner   [ ] Amicus Curiae   [ ] Appellant/Cross-Appellee
[ ] Appellee    [ ] Respondent   [ ] Intervenor     [ ] Appellee/Cross-Appellant

[X] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

[ ] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): David M. Marjchrzak, Heather L. Rosing and Philip W. Vineyard

Signature (use "s/" format): s/ Daniel J. Voelker      Date: 9/25/13

Name: Daniel J. Voelker

Firm/Office: Voelker Litigation Group

Address: 311 W. Superior St., Ste. 500

City: Chicago    State: IL    Zip Code: 60654

Phone Number (including area code): (312) 870-5430

9th Circuit Case Number(s) | 13-55881

NOTE: To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 9/25/2013.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | s/ Daniel J. Voelker

*********************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 9/25/2013.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Bret Langdon Gibbs
28 Altamont Avenue
Mil Valey, California 94941

Signature (use "s/" format) | s/ Daniel J. Voelker