

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

March 05, 2014

| | |
|---|---|
| **To:** | Daniel J. Voelker |
| | John Steele |
| | Paul Duffy |
| | Steven Goodhue |
| | |
| **From:** | Molly C. Dwyer, Clerk of Court |
| | By: Theresa Lan Hoang, Deputy Clerk |
| | |
| **Re:** | Receipt of Deficient Excerpts of Record of Appellees on 03/05/2014 |

USCA No. 13-55859 Ingenuity13 LLC v. John Doe
USCA No. 13-55880 Ingenuity13 LLC v. John Doe
USCA No. 13-55881 Ingenuity13 LLC v. John Doe
USCA No. 13-55882 Ingenuity13 LLC v. John Doe
USCA No. 13-55883 Ingenuity13 LLC v. John Doe
USCA No. 13-55884 Ingenuity13 LLC v. John Doe
USCA No. 13-56028 Ingenuity13 LLC v. John Doe

The referenced excerpts or record cannot be filed for the following reasons(s):

- *Excerpts lack an index: The excerpts of record must begin with an index. See 9th Cir. R. 30-1.6.* **Please submit 4 paper copies of the index of the excerpts of record with the appeal docket number at the top of each copy.**

The following action has been taken with respect to the excerpts of record received in this office:

- *The deficiency by the appellees is judged to be serious. We cannot file your excerpts.* **You must correct the deficiency within 14 days from the date of this notice or be subject to the provisions of FRAP 31(c).** *The receipt of*

*seriously defective excerpts of record in this office does not toll the time for filing the excerpts while the defect is being corrected.*

When you submit corrections to the excerpts of record, **please return a copy of this letter.** If you don't submit your correction within 14 days of this notice, you must file a motion for leave to file late excerpts of record. *See* 9th Cir. R. 31-2.3 re: Extensions of time for filing brief.

**See also 9th Cir. R. 30-2 re: Sanctions for Failure to Comply with Circuit Rule 30-1.**