## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on March 23, 2015.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: March 23, 2015        /s/Daniel J. Voelker_____
                                          Daniel J. Voelker